## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**LEE ESTHER HALL**                                                              **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 5:07CV135DCB-JMR**

**WERNER ENTERPRISES, INC. and**
**TIMOTHY T. SMITH**                                                              **DEFENDANTS**

### ORDER DISMISSING CAUSE WITH PREJUDICE

This Day this Cause came on to be heard on the Motion Ore Tenus by Counsel for

Plaintiff, moving the Court to Dismiss this Cause with prejudice, having announced to the Court

that a compromise settlement had been reached between the Plaintiff and all the Defendants,

which settlement included the agreement that  all matters of fact and issues of law had been fully

and finally settled between the parties so that nothing further remains to be judicially determined

in this cause.

The Court, being fully advised in the premises finds that the Motion to Dismiss the

Plaintiff's claims,  with prejudice,  is well taken and the same is hereby GRANTED.

SO ORDERED AND ADJUDGED, this the 14th Day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE